# United States District Court
EASTERN DISTRICT OF WISCONSIN

SOJENHOMER LLC,
7783 STH 42 LLC,
and CONCH CO. INC.,,

        Plaintiffs,

     v.

**JUDGMENT IN A CIVIL CASE**
Case No. 23-C-44

VILLAGE OF EGG HARBOR BOARD OF TRUSTEES,
VILLAGE OF EGG HARBOR PLAN COMMISSION,
CAMBRIA H. MUELLER, JOHN C. HELLER,
CHRISTOPHER ROEDL, JON KOLB, LISA VAN LAANEN,
ANGELA LENSCH, and KENNETH H. MATHYS,,

        Defendants.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

     **IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs take nothing, and the case is dismissed.

                                        Approved: s/ William C. Griesbach
                                                          WILLIAM C. GRIESBACH
                                                          United States District Judge

Dated:   October 18, 2023

                                                           GINA M. COLLETTI
                                                           Clerk of Court

                                                           s/ Joleen M. Krings
                                                          (By) Deputy Clerk